IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00170-RJC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **AMENDED ORDER** |
| MARIO LAMONTE FALLS (3), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion of the defendant MARIO LAMONTE FALLS for a continuance of this matter from the December 7, 2015 trial term in the Charlotte Division. (Doc. No. 55). [1]

The Court finds that the defendants have not stated sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 10, 2015

Robert J. Conrad, Jr.
United States District Judge

---

[1] This Amended Order modifies the recently filed order (Doc. No. 59) denying continuance of a sentencing hearing.